# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re: § §
Erica K. Bogdan § Case No. 17-11831
§
Debtor §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ZANE L. ZIELINSKI, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 07/13/2018 in Courtroom Courtroom 644,

Second Floor
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/14/2018        By: /s/ Zane L. Zielinski
                                   Chapter 7 Trustee

Zane L. Zielinski, Trustee
6336 N. Cicero Avenue
Suite 201
Chicago, Illinois 60646

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
§
Erica K. Bogdan § Case No. 17-11831
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 3,000.00 |
| and approved disbursements of | $ 50.00 |
| leaving a balance on hand of[1] | $ 2,950.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Zane L. Zielinski, Trustee | $ 750.00 | $ 0.00 | $ 750.00 |
| Trustee Expenses: Zane L. Zielinski, Trustee | $ 12.46 | $ 0.00 | $ 12.46 |
| Total to be paid for chapter 7 administrative expenses | | | $ 762.46 |
| Remaining Balance | | | $ 2,187.54 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 2,849.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Illinois Department Of Revenue | $ 2,849.00 | $ 0.00 | $ 2,187.54 |
| | Total to be paid to priority creditors | | | $ 2,187.54 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 12,352.10 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Td Bank, Usa | $ 1,094.72 | $ 0.00 | $ 0.00 |
| 3 | Capital One Bank (Usa), N.A. | $ 1,162.04 | $ 0.00 | $ 0.00 |
| 4 | Capital One Bank (Usa), N.A. | $ 567.20 | $ 0.00 | $ 0.00 |
| 5 | Capital One, N.A. | $ 354.73 | $ 0.00 | $ 0.00 |
| 6 | Quantum3 Group Llc As Agent For | $ 1,090.02 | $ 0.00 | $ 0.00 |
| 7 | Quantum3 Group Llc As Agent For | $ 261.53 | $ 0.00 | $ 0.00 |
| 8 | Pyod, Llc Its Successors And Assigns As Assignee | $ 6,742.33 | $ 0.00 | $ 0.00 |
| 9 | Pyod, Llc Its Successors And Assigns As Assignee | $ 1,079.53 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors            $            0.00

Remaining Balance                                                  $            0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 94.30 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2a | Illinois Department Of Revenue | $ 94.30 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors            $            0.00

Remaining Balance                                                $            0.00

Prepared By: /s/ Zane L. Zielinski
Chapter 7 Trustee

*Zane L. Zielinski, Trustee*
*6336 N. Cicero Avenue*
*Suite 201*
*Chicago, Illinois 60646*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 17-11831-PSH
Erica K. Bogdan  Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1   User: lsims   Page 1 of 1   Date Rcvd: Jun 15, 2018
                            Form ID: pdf006   Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2018.
```
db             +Erica K. Bogdan,    8216 Auburn Lane,    Frankfort, IL 60423-1697
26356172        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
26292047      ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                 CHICAGO IL 60664-0291
               (address filed with court:  Illinois Department of Revenue,    Bankruptcy Unit,    PO BOX 19035,
                 Springfield, IL 62794-9035)
26268041       +TD Bank, USA,    by American InfoSource LP as agent,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
26323427        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 16 2018 00:16:39
                 Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
26511627       +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 16 2018 00:16:40
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
26483295        E-mail/Text: bnc-quantum@quantum3group.com Jun 16 2018 00:13:12
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                              TOTAL: 3
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2018                                                Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2018 at the address(es) listed below:
```
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Stuart B Handelman    on behalf of Debtor 1 Erica K. Bogdan court@sbhpc.net,
               ksmith@sbhpc.net, jhuang@sbhpc.net;handelmansr73306@notify.bestcase.com
              Todd J Ruchman    on behalf of Creditor    CMG Mortgage, Inc. amps@manleydeas.com
              Zane  Zielinski, Trustee    trustee@zanezielinski.com, zzielinski@ecf.epiqsystems.com
              Zane  Zielinski, Trustee    on behalf of Trustee Zane  Zielinski, Trustee
               trustee@zanezielinski.com, zzielinski@ecf.epiqsystems.com
                                                                                             TOTAL: 5
```