# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Erica K. Bogdan | § | Case No. 17-11831 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 197,800.00<br>*(Without deducting any secured claims)* | Assets Exempt: 23,204.52 |
| Total Distributions to Claimants: 2,187.54 | Claims Discharged<br>Without Payment: 239,010.09 |
| Total Expenses of Administration: 812.46 | |

3) Total gross receipts of $ 3,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 3,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 190,868.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 812.46 | 812.46 | 812.46 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 2,849.00 | 2,849.00 | 2,187.54 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 45,907.49 | 12,446.40 | 12,446.40 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 236,775.49 | $ 16,107.86 | $ 16,107.86 | $ 3,000.00 |

4) This case was originally filed under chapter 7 on 04/14/2017 . The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/01/2018         By: /s/Zane L. Zielinski, Trustee
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Possible Real Estate Commission | 1229-000 | 1,000.00 |
| Possible Real Estate Commission | 1229-000 | 2,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 3,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial, P.O. Box 380901 Bloomington, MN 55438 | | 21,560.00 | NA | NA | 0.00 |
| | CMG Mortgage, 3160 Crow Canyon STE 400 San Ramon, CA 94583 | | 169,308.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ 190,868.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 750.00 | 750.00 | 750.00 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 12.46 | 12.46 | 12.46 |
| Associated Bank | 2600-000 | NA | 50.00 | 50.00 | 50.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 812.46 | $ 812.46 | $ 812.46 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Illinois Department Of Revenue | 5800-000 | NA | 2,849.00 | 2,849.00 | 2,187.54 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 2,849.00 | $ 2,849.00 | $ 2,187.54 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ACS/US Bank, 501 Bleeker ST Utica, NY 13501 | | 13,954.00 | NA | NA | 0.00 |
| | Advocate Christ Hospital, P.O. Box 4256 Carol Stream, IL 60197-4256 | | 154.44 | NA | NA | 0.00 |
| | Advocate Christ Hospital, P.O. Box 4256 Carol Stream, IL 60197-4256 | | 3,968.30 | NA | NA | 0.00 |
| | Cardmember Service, P.O. Box 1423 Charlotte, NC 28201 | | 3,562.89 | NA | NA | 0.00 |
| | Comenity - Express, P.O. Box 659728 San Antonio, TX 78265-9728 | | 187.66 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Comenity - Victoria's Secret, P.O. Box 659728 San Antonio, TX 78265-9728 | | 977.36 | NA | NA | 0.00 |
| | Kohl's Payment Center, PO Box 2983 Milwaukee, WI 53201 | | 311.80 | NA | NA | 0.00 |
| | Lending Club, 71 Stevenson, Suite 300 San Francisco, CA 94105 | | 10,647.71 | NA | NA | 0.00 |
| | Midwest Anesthesiologists, LTD, 3407 Momentum Place Chicago, IL 60689-5334 | | 636.56 | NA | NA | 0.00 |
| | Old Navy/SYNCHRONY BANK, P.O. Box 530942 Atlanta, GA 30353-0942 | | 325.51 | NA | NA | 0.00 |
| | Renaissance Medical, P.O. Box 5255 Oak Brook, IL 60523 | | 308.00 | NA | NA | 0.00 |
| 3 | Capital One Bank (Usa), N.A. | 7100-000 | 1,050.44 | 1,162.04 | 1,162.04 | 0.00 |
| 4 | Capital One Bank (Usa), N.A. | 7100-000 | 523.71 | 567.20 | 567.20 | 0.00 |
| 5 | Capital One, N.A. | 7100-000 | NA | 354.73 | 354.73 | 0.00 |
| 8 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 6,385.36 | 6,742.33 | 6,742.33 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 841.00 | 1,079.53 | 1,079.53 | 0.00 |
| 6 | Quantum3 Group Llc As Agent For | 7100-000 | 841.95 | 1,090.02 | 1,090.02 | 0.00 |
| 7 | Quantum3 Group Llc As Agent For | 7100-000 | 245.80 | 261.53 | 261.53 | 0.00 |
| 1 | Td Bank, Usa | 7100-000 | 985.00 | 1,094.72 | 1,094.72 | 0.00 |
| 2a | Illinois Department Of Revenue | 7300-000 | NA | 94.30 | 94.30 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 45,907.49 | $ 12,446.40 | $ 12,446.40 | $ 0.00 |

Page: 1

Case 17-11831   Doc 31   Filed 08/10/18   Entered 08/10/18 11:23:39   Desc Main
Document   Page 8 of 12

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 17-11831 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Zane L. Zielinski, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Erica K. Bogdan | | | | Date Filed (f) or Converted (c): | 04/14/2017 (f) |
| | | | | | 341(a) Meeting Date: | 05/18/2017 |
| For Period Ending: | 08/01/2018 | | | | Claims Bar Date: | 03/07/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 8216 Auburn Lane Frankfort Il 60423-0000 Will | 200,000.00 | 0.00 | | 0.00 | FA |
| 2. Dodge Grand Caravan Se Minivan 2016 Mileage: 17000 Location: | 15,200.00 | 0.00 | | 0.00 | FA |
| 3. Sectional, Love Seat, Couch, Glider, Kitchen Table And Chair | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. 3 Tvs, Laptop Computer, Printer, Dvd Location: 8216 Auburn L | 200.00 | 0.00 | | 0.00 | FA |
| 5. Treadmill, Ski Equipment, Fossball Table Location: 8216 Aubu | 275.00 | 0.00 | | 0.00 | FA |
| 6. Clothes Location: 8216 Auburn Lane, Frankfort Il 60423 | 100.00 | 0.00 | | 0.00 | FA |
| 7. Misc. Items. Location: 8216 Auburn Lane, Frankfort Il 60423 | 1,500.00 | 0.00 | | 0.00 | FA |
| 8. One Dog | 0.00 | 0.00 | | 0.00 | FA |
| 9. Cash Location: 8216 Auburn Lane, Frankfort Il 60423 | 50.00 | 0.00 | | 0.00 | FA |
| 10. First Midwest Bank | 9.32 | 0.00 | | 0.00 | FA |
| 11. Associate Real Estate Broker | 0.00 | 0.00 | | 0.00 | FA |
| 12. Possible Real Estate Commission (u) | 2,565.20 | 1,000.00 | | 1,000.00 | FA |
| 13. Possible Real Estate Commission (u) | 3,105.00 | 2,000.00 | | 2,000.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $224,004.52 | $3,000.00 | | $3,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee has reached a settlement with the Debtor related to the turnover of certain commissions.

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 17-11831 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Erica K. Bogdan | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2252 |
| | Checking |
| Taxpayer ID No: XX-XXX8068 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/01/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/10/17 | 13 | Law Offices of Stuart B. Handelman, P.C.<br>1228 W. Wilson Avenue<br>Chicago, Illinos 60640<br>Check from Client funds account | Settlement Funds | 1229-000 | $1,500.00 | | $1,500.00 |
| 10/27/17 | 13 | Erica Bogdan<br>8216 Auburn Lane<br>Frankfort, IL 60423 | Settlement Funds | 1229-000 | $500.00 | | $2,000.00 |
| 12/04/17 | 12 | Erica Bogdan<br>8216 Auburn Lane<br>Frankfort, IL 60423 | Settlement Payment | 1229-000 | $500.00 | | $2,500.00 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,490.00 |
| 01/08/18 | 12 | Erica Bogdan<br>8216 Auburn Lane<br>Frankfor, IL 60423 | Settlement Funds | 1229-000 | $500.00 | | $2,990.00 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,980.00 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,970.00 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,960.00 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,950.00 |
| 07/13/18 | 5001 | Trustee Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $762.46 | $2,187.54 |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($750.00) | 2100-000 | | | |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($12.46) | 2200-000 | | | |

| | | Page Subtotals: | | | $3,000.00 | $812.46 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 17-11831 |
| Case Name: | Erica K. Bogdan |
| Taxpayer ID No: | XX-XXX8068 |
| For Period Ending: | 08/01/2018 |

| | |
|---|---|
| Trustee Name: | Zane L. Zielinski, Trustee |
| Bank Name: | Associated Bank |
| Account Number/CD#: | XXXXXX2252 |
| | Checking |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/13/18 | 5002 | Illinois Department Of Revenue<br>Bankruptcy Unit<br>Po Box 19035<br>Springfield, Il 62794-9035 | Final distribution to claim 2 representing a payment of 76.78 % per court order. | 5800-000 | | $2,187.54 | $0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $3,000.00 | $3,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $3,000.00 | $3,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,000.00 | $3,000.00 |

Page Subtotals: $0.00   $2,187.54

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2252 - Checking | $3,000.00 | $3,000.00 | $0.00 |
| | $3,000.00 | $3,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $3,000.00 |
| Total Gross Receipts: | $3,000.00 |

Page Subtotals:                                $0.00         $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*